Dismissed and Memorandum Opinion filed February 21, 2008








 

Dismissed
and Memorandum Opinion filed February 21, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00716-CV

____________

 

VALENTIN ESTRADA MEDINA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
County Court

Colorado County,
Texas

Trial Court Cause No.
07-4803

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 24, 2007.  On February 12, 2008, the
parties filed an agreed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 21, 2008.

Panel consists of Justices Yates,
Guzman, and Brown.